WHEELER & WILSON M'F'G CO. v. R. M. COLLINS ET AL.

(No. 694, Op. Book No. 3, p. 482.)

APPEAL from Wise County.   Opinion by HURT, J.

§ 132. *Jurisdiction of county court to issue injunction.* A justice of the peace of Harris county rendered a judgment and issued execution thereon to Wise county, and the county judge of the latter county granted an injunction restraining the collection of the execution. *Held,* that the county judge had no jurisdiction of the subject matter, and no authority to grant the injunction.

January 29, 1881.         Reversed and remanded.

---

MITCHELL, VANCE & CO. v. DALLAS CITY GAS LIGHT CO.

(No. 739, Op. Book No. 3, p. 485.)

APPEAL from Dallas County.   Opinion by HURT, J.

§ 133. *Finding of facts by a judge.* The finding of the facts in a case by the court is as conclusive, and will be regarded in the same way, as the verdict of a jury; and it is well settled that an appellate court will not set aside a verdict unless it clearly appears to be wrong, where the evidence is conflicting. [Stroud v. Springfield, 28 Tex. 649; Gammage v. Traiwick, 19 Tex. 64; Oliver v. Chapman, 15 Tex. 401; Tuttle v. Turner, 28 Tex. 775; Briscoe v. Bronaugh, 1 Tex. 340; Edrington v. Kiger, 4 Tex. 89; Tarkinton v. Broussard, 51 Tex. 550.]

February 9, 1881.         Affirmed.